IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| VENTURE COMMODITIES, INC, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF CANTON, GEORGIA, BILLY PEPPERS, NATHAN INGRAM, DAVID HATABIAN, and MERRICK McCLURE, <br><br> Defendants. | ) | CIVIL ACTION FILE NO.1:24-CV-01041-JPB |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1, Plaintiff shows the Court as follows:

(1) The undersigned counsel of record for Plaintiff in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

a. Plaintiff:

Venture Commodities, Inc.

b. Defendant:

City of Canton, Georgia, Billy Peppers, Nathan Ingram, David Hatabian, & Merrick McClure

The City of Canton and the Individual Defendants are insured or may be insured by a policy of insurance issued by the Georgia Interlocal Risk Management Agency (GIRMA), which is a constituent part of the Georgia Municipal Association. GIRMA is not a publicly traded entity.

(2) The Undersigned further certifies that the following is a full and complete list of all persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest that could be substantially affected by the outcome of this particular case: The Parties; Plaintiff's Counsel: Flint, Connolly & Walker, LLP

(3) The Undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:

Xavier Romero
xromero@fcwlawfirm.com
Douglas H. Flint
dflint@fcwlawfirm.com
Michael P. Bain
mbain@fcwlawfirm.com
Flint, Connolly & Walker, LLP
131 E. Main Street
Canton, GA 30114
770/720-4411

For Defendants:

Christopher D. Balch
BALCH LAW GROUP
830 Glenwood Ave., SE
Suite 510-220
Atlanta, GA 30316
chris@balchlawgroup.com
404-202-5934

This 4th day of March, 2024.

THE BALCH LAW GROUP

By: */s/ Christopher D. Balch*
Christopher D. Balch
Georgia Bar No. 034015

830 Glenwood Ave., SE
Suite 510-220
Atlanta, GA 30316
404/963-0046
678/228-1885 (fax)
chris@balchlawgroup.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the above and foregoing document was prepared using Microsoft Word in Times New Roman 14 point type with 1 inch margins and all other requirements of the Rule.

This 4th day of March, 2024.

THE BALCH LAW GROUP

By: */s/ Christopher D. Balch*
Christopher D. Balch
Georgia Bar No. 034015

830 Glenwood Ave., SE
Suite 510-220
Atlanta, GA 30316
404/963-0046
678/228-1885 (fax)
chris@balchlawgroup.com

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that he has this date served a copy of the within and foregoing document by way of the Court's ECM/CF system upon Counsel of Record, as follows:

Xavier Romero
xromero@fcwlawfirm.com
Douglas H. Flint
dflint@fcwlawfirm.com
Michael P. Bain
mbain@fcwlawfirm.com
FLINT, CONNOLLY & WALKER, LLP
131 E. Main Street
Canton, GA 30114
770/720-4411

This 4th day of March, 2024.

THE BALCH LAW GROUP

By: */s/ Christopher D. Balch*
Christopher D. Balch
Georgia Bar No. 034015

830 Glenwood Ave., SE
Suite 510-220
Atlanta, GA 30316
404/963-0046
678/228-1885 (fax)
chris@balchlawgroup.com